UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SIEMENS PRODUCT LIFECYCLE MANAGEMENT SOFTWARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1- 100, <br><br> Defendants. | Case No.: 4:15-cv-00582 <br><br> JURY TRIAL DEMANDED |

## ORDER GRANTING MOTION TO EXTEND TIME FOR PLAINTIFF TO SERVE DEFENDANTS

Before the Court is Plaintiff's Motion to Extend Time for Plaintiff to Serve Defendants (the "Motion" - Dkt. #16). Good cause has been shown by Plaintiff for the extension of the deadline set forth pursuant to Federal Rule of Civil Procedure 4(m). Therefore, Plaintiff's Motion should be, and is hereby, GRANTED. Accordingly, the deadline for Plaintiff to serve Defendants pursuant to Fed.R.Civ.P. 4(m) is extended to March 28, 2016.

**IT IS SO ORDERED.**

SIGNED this 25th day of February, 2016.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE