**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| SIEMENS PRODUCT LIFECYCLE MANAGEMENT SOFTWARE INC., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1- 100, <br><br> Defendants. | Case No.:  4:15-cv-00582 <br><br> JURY TRIAL DEMANDED |

**PLAINTIFF SIEMENS PRODUCT LIFECYCLE MANAGEMENT SOFTWARE INC.'S**
**NOTICE OF COMPLIANCE REGARDING RULE 26(A)(1) INITIAL DISCLOSURES**

Pursuant to the Court's February 4, 2016 Order [Dkt. 14], Plaintiff Siemens Product Lifecycle Management Software Inc. hereby notifies the Court that it served its initial disclosures upon Defendants' counsel of record via electronic mail on March 7, 2016.

| | |
|---|---|
| Dated:  March 7, 2016 | REED SMITH LLP <br><br> /s/ Robert R. Riddle <br> Robert R. Riddle – Lead Attorney <br> Texas Bar No. 24035495 <br> Reed Smith, LLP <br> 811 Main Street, Suite 1700 <br> Houston, TX 77002-6110 <br> RRiddle@reedsmith.com <br> Telephone:  +1 713 469 3800 <br> Facsimile:  +1 713 469 3899 <br><br> Counsel for Plaintiff <br> Siemens Product Lifecycle Management Software Inc. |

## CERTIFICATE OF SERVICE

I certify that the above document was served via the Court's CM/ECF system to all counsel of record on March 7, 2016, pursuant to L.R. CV-5(c).

                                          /s/ Robert R. Riddle