# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| SIEMENS PRODUCT LIFECYCLE MANAGEMENT SOFTWARE INC. | § § § | |
| v. | § § | CIVIL ACTION NO. 4:15cv582 |
| DOES 1-100 | § § | |

### ORDER OF REFERRAL

Pursuant to 28 U.S.C. §636 and the Local Rules of this Court for the Assignment of Matters to Magistrate Judges, the Court hereby **REFERS** the above-referenced case to the Hon. Christine A. Nowak for all pretrial proceedings.

The Scheduling Conference currently set for April 5, 2016, is hereby CANCELLED, to be reset as determined by Judge Nowak.

**IT IS SO ORDERED.**
SIGNED this 1st day of April, 2016.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE